FILED

06/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0512
_____

MICHAEL L. GOGUEN,

      Plaintiff, Appellee,
      and Cross-Appellant,

   v.

NYP HOLDINGS, INC.; ISABEL VINCENT;        O R D E R
and DOES 1 through 100,

      Defendants and Appellants,

WILLIAM DIAL,

      Defendant and Cross-Appellee.
_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, September 15, 2023, at 9:30 a.m. at the Northern Hotel in Billings, Montana, with an introduction to the oral argument beginning at 9:00 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellants and thirty (30) minutes for the Appellees.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Court will not entertain any motions to reschedule.

The Clerk of this Court is directed to provide a copy of this Order to all counsel of record, to Elaine Gagliardi, Dean of the Alexander Blewett III School of Law, University of Montana, to John Mudd, Executive Director, State Bar of Montana, and to the Honorable Amy Eddy, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 30 2023